**William DRIVER, Plaintiff—Appellant,**

v.

**BUREAU OF PRISONS; Harly G. Lapin, Director of BOP; Doctor Moubarek, Clinical Director; Doctor Morshead, Chief Psychiatrist, in their official capacity, Defendants—Appellees.**

No. 07–6476.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2007.

Decided: July 11, 2007.

William Driver, Appellant Pro Se. Ariana Wright Arnold, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Driver appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Driver v. Bureau of Prisons,* No. 1:06–cv–01904–WMN (D.Md. Feb. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*